UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAYMIE J. ESCH, | Case No. 1:09-cv-144 |
| Plaintiff, | HONORABLE PAUL MALONEY |
| v. | Magistrate Judge Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## **JUDGMENT**

Final Judgment is **ENTERED** in favor of the Commissioner and against the plaintiff.

The Commissioner's denial of disability benefits is AFFIRMED.

**IT IS SO ORDERED this  25th   day of January 2010.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge